## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| In re: | ) | Case No. | 22-50491 (JAM) |
| | ) | | |
| MARIA DE ROJAS, | ) | Chapter | 7 |
| | ) | | |
| Debtor. | ) | Re: ECF Nos. | 8, 13. |
| | ) | | |

## MEMORANDUM OF DECISION GRANTING MOTION
## FOR RELIEF FROM AUTOMATIC STAY AND *IN REM* RELIEF

On September 16, 2022, Maria De Rojas (the "Debtor"), filed a Chapter 7 voluntary petition, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. (ECF No. 1.) To date, the Debtor has not cured several filing deficiencies including filing a Creditor List with appropriate attention lines, Schedules and Statements of Affairs, and the required supporting declaration. (ECF No. 4.) The Debtor has also failed to pay any of the installments of the case filing fee set forth in the Court's order granting her motion to pay the filing fee in installments. (ECF No. 6.)

On September 21, 2022, Deutsche Bank National Trust Company, as indenture trustee for the holders of Mortgage Loan Trust 2006-1 Asset Backed Notes, (the "Movant") filed its Motion for Relief from Stay, *In Rem* Order and Related Equitable Relief. (ECF No. 8, the "Motion.") On September 23, 2022, the Movant filed the required Relief from Stay Worksheet. (ECF No. 13, the "Worksheet.") The Debtor did not object or file any response to the Motion.

The Movant also filed a companion Emergency Motion to Extend Deficiency Deadlines for Purpose of Filing Motion to Expedite Motion of Relief from Stay, *In Rem* Order and Related Equitable Relief (ECF No. 7, the "Deficiency Deadlines Motion"). The Deficiency Deadlines

1

Motion was granted to allow the Motion to be adjudicated before dismissal of the case for other grounds (ECF No. 16, the "Deficiency Deadlines Order").

The Motion was set for hearing on November 8, 2022, notice of which hearing was served on the Debtor at the address listed on her petition by first class mail. (ECF Nos. 19–20.) On November 8, 2022, the hearing (the "Hearing") was held. (ECF No. 22.) The Debtor did not appear at the hearing.

Upon consideration of the record in this case, the arguments in the Motion and advanced at the Hearing, the evidence attached to the Motion, and upon taking judicial notice of the proceedings in certain previous cases, the Court finds:

1. The Movant is a party in interest as required under 11 U.S.C. § 362(d).

2. On December 4, 2017, the Connecticut Superior Court issued a judgment of strict foreclosure regarding 21 Jones Avenue, Bridgeport, CT 06604, in favor of the Movant and set the law day for January 30, 2018. (ECF No. 8 Ex. B.) *Order*, *Deutsche Bank Nat'l Trust Co. v. Rojas*, Doc. No. FBT-CV-17-6064031-S, ECF No. 107.10 (Conn. Sup. Ct. Dec. 4, 2017).

3. On January 26, 2018, Martha C. Rojas, who has a different Social Security Number than the Debtor, filed a voluntary Chapter 13 petition in this Court, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. *In re Rojas*, Case No. 18-50089 (JAM), ECF No. 1 (Bankr. D. Conn. Jan. 26, 2018) (hereinafter, "*Rojas I*"). On February 13, 2018, *Rojas I* was dismissed for failure to file required documents and pay the entirety of the filing fee. *Rojas I*, Case No. 18-50089 (JAM), ECF No. 11.

4. On July 9, 2018, the Connecticut Superior Court reentered its judgment of strict foreclosure and reset the law day for September 11, 2018. (ECF No. 8 Ex. C.) *Order*, *Deutsche Bank*, Doc. No. FBT-CV-17-6064031-S, ECF No. 119.10 (July 9, 2018).

5.      On September 11, 2018, the law day was reset for November 13, 2018. *Deutsche Bank*, Doc. No. FBT-CV-17-6064031-S, ECF No. 134.10 (Sept 11, 2018).

6.      On November 6, 2018, Martha C. Rojas filed her second voluntary Chapter 13 petition in this Court, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. *In re Rojas*, Case No. 18-51452 (JAM), ECF No. 1 (Bankr. D. Conn. Nov. 6, 2018) (hereinafter, "*Rojas II*"). On November 26, 2018, the Court dismissed *Rojas II* for failure to file documents and pay the filing fee. *Rojas II*, Case No. 18-51452 (JAM), ECF No. 15.

7.      On January 22, 2019, the Connecticut Superior reentered its judgment of strict foreclosure and reset the law day for March, 26, 2019. (ECF No. 8 Ex. D.) *Order*, *Deutsche Bank*, Doc. No. FBT-CV-17-6064031-S, ECF No. 136.10 (Jan. 22, 2019).

8.      On March 25, 2019, Martha C. Rojas again filed her third voluntary Chapter 13 petition in this Court, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. *In re Rojas*, Case No. 19-50383 (JAM), ECF No. 1 (Bankr. D. Conn. Mar. 25, 2019) (hereinafter, "*Rojas III*"). On April 12, 2019, the Court dismissed *Rojas III* for failure to file required documents. *Rojas III*, Case No. 19-50383 (JAM), ECF No. 9.

9.      On July 15, 2019, the Connecticut Superior reentered its judgment of strict foreclosure and reset the law day for September 17, 2019. (ECF No. 8 Ex. E.) *Order*, *Deutsche Bank*, Doc. No. FBT-CV-17-6064031-S, ECF No. 146.10 (July 15, 2019).

10.     On September 17, 2019, Martha C. Rojas again filed her fourth voluntary Chapter 13 petition in this Court, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. *In re Rojas*, Case No. 19-51242 (JAM), ECF No. 1 (Bankr. D. Conn. Sept. 17, 2019) (hereinafter, "*Rojas IV*"). On November 14, after a hearing on November 5, 2019 (*Rojas IV*, Case No. 19-51242 (JAM), ECF No. 16), at which Martha C. Rojas did not appear, the Court dismissed *Rojas*

*IV* with prejudice, finding the filing of her fourth Chapter 13 petition to be a bad faith and abusive filing and placing a two-year bar on her refiling for bankruptcy. *Rojas IV*, Case No. 19-51242 (JAM), ECF No. 21.

11. On October 21, 2019, the Superior Court ruled that, on September 18, 2019, title to 21 Jones Avenue, Bridgeport, CT 06604, had vested in the Movant. (ECF No. 8 Ex. F.) *Memorandum of Decision on Plaintiff's Motion for Order Confirming Vesting of Title*, *Deutsche Bank*, Doc. No. FBT-CV-17-6064031-S, ECF No. 155.70 at *3 (Oct. 21, 2019).

12. On April 29, 2022, an execution for possession was issued regarding the 21 Jones Avenue, Bridgeport, CT 06604 property, in the Connecticut Superior Court. (ECF No. 8 Ex G.) The State Marshall issued a "lock out" for May 11, 2022. (*Id.* Ex. H.)

13. On May 10, 2022, Dagoberto Rivera filed a voluntary Chapter 7 petition in this Court listing 21 Jones Avenue, Bridgeport, CT 06604, as his address. *In re Rivera*, Case No. 22-50225 (JAM), ECF No. 1 (Bankr. D. Conn. May 10, 2022). On May 31, 2022, the Court dismissed *Rivera* for failure to file required documents and pay the filing fee. *Rivera*, Case No. 22-50225 (JAM), ECF No. 9.

14. On June 21, 2022, the "lock out" was rescheduled for June 28, 2022. (ECF No. 8 Ex. I.)

15. On June 24, 2022, Martha C. Rojas filed her fifth voluntary petition—a Chapter 7 petition— in this Court, listing 21 Jones Avenue, Bridgeport, CT 06604, as her address. *In re Rojas*, Case No. 22-50313 (JAM), ECF No. 1 (Bankr. D. Conn. June 24, 2022) (hereinafter, "*Rojas V*"). On July 12, 2022, the Court dismissed *Rojas V* for failure to file required documents and pay the filing fee. *Rojas V*, Case No. 22-50313 (JAM), ECF No. 11. The Movant sought relief from the order dismissing the case so as to seek the relief it seeks in the instant Motion.

*Id.*, ECF No. 16, the "Rule 60 Motion." On August 11, 2022, the Court denied the Rule 60 Motion but stated: "If the Debtor files a subsequent bankruptcy case, the creditor may seek expedited relief in that case." *Id.*, ECF No. 20.

From these findings of fact, the Court concludes that there is cause to grant relief from the automatic stay under 11 U.S.C. § 362(d)(1) because title has vested in the Movant and the Debtor's possessory interest has expired.

The Court also concludes that the filing of this case was part of a scheme to "delay, hinder, or defraud creditors," including the Movant whose claim is secured by an interest in the real property commonly known as 21 Jones Avenue, Bridgeport, Connecticut which scheme involved "multiple bankruptcy filings affecting," that real property. 11 U.S.C. § 362(d)(4). *Rojas I* through *Rojas V* and *Rivera* were all filed shortly before or on a law day or "lock out" set by the processes of the Connecticut Superior Court. *Rojas IV* was previously dismissed with prejudice based on a finding that *Rojas I* through *IV* were part of a scheme to delay, hinder, or defraud the Movant. *Rojas V* and *Rivera* fit into that same pattern. The Debtor's case also fits into that pattern by delaying the Movant's right to gain possession of 21 Jones Avenue, Bridgeport, Connecticut. Moreover, this Debtor, like the debtor in *Rojas I* through *V* and the debtor in *Rivera* has failed to file required documents and pay the filing fee, indicia of a bad faith filing. The Debtor has not prosecuted her case. But for the Deficiency Deadlines Order, this case would already have been dismissed and the Movant's Motion would have again avoided review, as in *Rojas V*.

Finally, the Court finds that there is cause to grant waiver of the 14-day stay proscribed by Fed. R. Bankr. P. 4001(a)(3) because title has vested in the Movant and the Debtor's possessory interest has expired.

Therefore, it is hereby

**ORDERED:** The Motion is GRANTED insofar as it requests relief from the automatic stay under 11 U.S.C. § 362(d)(1) and § 362(d)(4); it is further

**ORDERED:** The 14-day stay under Fed. R. Bankr. P. 4001(a)(3) is waived; and it is further;

**ORDERED:**  A separate Order Granting the Motion for Relief from Stay and *In Rem* Relief from Stay will enter.

Dated at Bridgeport, Connecticut this 9th day of November, 2022.

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut